# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:20-cr-23 |
| -vs- | : | Magistrate Judge Sharon L. Ovington |
| LONNIE McKIBBEN, | : | |
| Defendant. | : | |

## ORDER CONTINUING BOND WITH THE SAME TERMS AND CONDITIONS

This case came before the Court on November 30, 2020 for a Bond Violation Hearing. Defendant admitted the violations set forth in the Petition (Doc. # 10). The Court found Defendant in violation of conditions of his pretrial release, but declined to revoke his bond. After the Court allowed both parties to make a statement, the Court ordered that Defendant, Lonnie McKibben, be permitted to remain on bond under the same terms and conditions previously imposed by this Court.

December 2, 2020

                                                                                      s/Sharon L. Ovington  
                                                                                         Sharon L. Ovington  
                                                                     United States Magistrate Judge