IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No. 3:20-CR-23 |
| vs. | : | HONORABLE SHARON L. OVINGTON |
| MCKIBBEN, Lonnie | : | |
| Defendant | : | |

### ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on August 5, 2020, and adds the following condition:

*1. Comply with conditions of other court-imposed supervision and allow information regarding federal supervision adjustment to be shared with the supervising officer.*

All other bond conditions remain in full force and effect.

Date: 5/26/21

Sharon L. Ovington
United States Magistrate Judge